IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WALLS, on behalf of herself and all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC. D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; AND PLUM PBC,<br><br>     Defendants. | Civil Action No. 1:21-cv-00870-DJ-SJB<br><br>**STIPULATION [AND ORDER] EXTENDING TIME OF DEFENDANT BEECH-NUT NUTRITION COMPANY TO RESPOND TO COMPLAINT** |

It is hereby STIPULATED between counsel for Plaintiffs and counsel for Defendant Beech-Nut Nutrition Company that Defendant Beech-Nut Nutrition Company shall have up to, and including, May 15, 2021 to answer or otherwise respond to the Complaint.

Dated: March 12, 2021

By: _/s/ Christopher K. Leung_
Christopher K. Leung
Max E. Rodriguez
POLLOCK COHEN LLP
60 Broad St., 24th Fl.
New York, NY 10004
Phone: (917) 985-3995
Chris@PollockCohen.com

*Attorneys for Plaintiffs*

By: _____
Kathleen E. McCarthy
Attorney Bar No.: 2125722
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Phone: 212-556-2345
Fax: 212-556-2222
kmccarthy@kslaw.com

*Attorney for Defendants*

Dated: March ___, 2021
Brooklyn, NY

SO ORDERED

_____
Hon. Sanket J. Bulsara
U.S. Magistrate Judge

WORKAMER\31683\191001\38318443.v1-3/12/21