# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WALLS, on behalf of herself and all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC. D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.,<br><br>Defendants. | Case No. 2:21-cv-870-DG-SJB<br><br>**NOTICE OF APPEARANCE OF MARK CHEFFO** |

**PLEASE TAKE NOTICE** that Mark Cheffo hereby appears on behalf of Defendant Plum, PBC in the above-captioned action, and certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: March 15, 2021

Respectfully Submitted,

/s/ *Mark Cheffo*
Mark Cheffo (Attorney ID 2395671)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel. 212-698-3500
Fax 212-698-3599
mark.cheffo@dechert.com

*Attorney for Defendant Plum, PBC*