**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| |
|---|
| MICHELLE WALLS, individually and on behalf of all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated; |
| Plaintiffs, |
| v. |
| BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC., D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.; |
| Defendants. |

Case No. 1:21-cv-00870

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Negin Hadaghian, an attorney associated with the law firm DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for defendant, Nurture, Inc., and respectfully requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         March 15, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Negin Hadaghian*
    Negin Hadaghian
    1251 Avenue of the Americas, 27th Floor
    New York, NY 10020-1104
    Telephone:  212.335.4500
    Facsimile:  212.335.4501
    Email:      negin.hadaghian@us.dlapiper.com

    *Attorney for Defendant, Nurture, Inc.*