UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WALLS, individually and on behalf of all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC., D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.;<br><br>Defendants. | Case No. 1:21-cv-00870 |

## NURTURE, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant Nurture Inc. certifies that the ultimate parent company of Nurture, Inc. is Danone S.A., a publicly-held corporation that indirectly holds 100% of the stock in Nurture, Inc.


Dated:   New York, New York
         March 15, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Negin Hadaghian*
    Negin Hadaghian
    1251 Avenue of the Americas, 27th Floor
    New York, NY 10020-1104
    Telephone:  212.335.4500
    Facsimile:  212.335.4501
    Email:      negin.hadaghian@us.dlapiper.com

Angela C. Agrusa (*pro hac vice* pending)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: 310.595.3000
Facsimile: 310.595.3300
Email: angela.agrusa@us.dlapiper.com

*Attorneys for Defendant Nurture, Inc.*