**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELLE WALLS, on behalf of herself and all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC. D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.,<br><br>                    Defendants. | Case No. 1:21-cv-870-DG-SJB<br><br>**DEFENDANT PLUM, PBC'S RULE 7.1 DISCLOSURE STATEMENT** |

**DEFENDANT PLUM, PBC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Plum, PBC ("Plum") states as follows:

Plum is an indirect wholly-owned subsidiary of Campbell Soup Company.

Dated: March 16, 2021

Respectfully Submitted,
/s/ *Mark Cheffo*
Mark Cheffo (Attorney ID 2395671)
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Tel. 212-698-3500
Fax 212-698-3599
mark.cheffo@dechert.com

*Attorney for Defendant Plum, PBC*