**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHELLE WALLS, individually and on behalf of all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC., D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.;<br><br>Defendants. | Case No. 1:21-cv-00870 |

## MOTION TO ADMIT ANGELA C. AGRUSA *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Angela C. Agrusa, hereby move this Court for an Order for admission *pro hac vice* to appear as counsel in the above-captioned case on behalf of Defendant Nurture, Inc.

I am a member of good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. A Certificate of Good Standing from the State of California is attached as Exhibit A.

I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit as Exhibit B pursuant to Local Rule 1.3. A proposed Order is attached as Exhibit C.

Dated:  April 8, 2021 **DLA PIPER LLP (US)**

By: */s/ Angela C. Agrusa*
 Angela C. Agrusa
 2000 Avenue of the Stars
 Suite 400 North Tower
 Los Angeles, California 90067-4704
 Telephone:  310.595.3000
 Facsimile:   310.595.3300
 Email:         angela.agrusa@us.dlapiper.com

*Attorneys for Defendant Nurture, Inc.*