# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WALLS, individually and on behalf of all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC., D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.;<br><br>Defendants. | Case No. 1:21-cv-00870<br><br>ECF Case |

### AFFIDAVIT OF ANGELA C. AGRUSA
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Angela C. Agrusa, being duly sworn, deposes and says:

1. I am a partner with the law firm of DLA Piper LLP (US).

2. I submit this Affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. I am a member in good standing of the bar of the State of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My attorney registration number in California is 131337.

8. I agree to abide by the Rules of the Court in connection with any appearance in this action.

9. I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* on behalf of the Defendant Nurture, Inc. in the above-captioned case, and that this Court issue an Order granting my application for admission.

/s/ Angela C. Agrusa
Angela C. Agrusa

Dated: March 15, 2021

Subscribed and sworn before me this
15th day of March 2021.

*please see attached*

# CALIFORNIA
# JURAT CERTIFICATE

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of March, 20 21, by Angela C. Agrusa,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

JENNIFER JOY
Notary Public - California
Los Angeles County
Commission # 2326677
My Comm. Expires May 24, 2024

_____
Signature of Notary Public                                       (Notary Seal)

## OPTIONAL INFORMATION

*The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.*

DESCRIPTION OF ATTACHED DOCUMENT | CAPACITY CLAIMED BY THE SIGNER

_____
(Title of document)

Number of Pages _____ (Including jurat)

Document Date _____

_____
(Additional Information)

☐ Individual
☐ Corporate Officer
☐ Partner
☐ Attorney-In-Fact
☐ Trustee
☐ Other: _____

MMX V. BAN2 510.409.1334   www.BayAreaNotary.com