# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WALLS, individually and on behalf of all others similarly situated, and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC. D/B/A HAPPY FAMILY ORGANICS; and PLUM PBC.;<br><br>Defendants. | Case No. 1:21-cv-00870 |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Angela C. Agrusa for admission to practice *pro hac vice* in the above-captioned action is hereby GRANTED.

Applicant has declared that she is a member in good standing of the bar of the State of California, and that her contact information is as follows:

```
Name:           Angela C. Agrusa
Firm Name:      DLA Piper LLP (US)
Address:        2000 Avenue of the Stars, Suite 400 North Tower
City/State/Zip: Los Angeles, California 90067
Telephone:      310.595.3000
Fax:            310.595.3300
Email:          angela.agrusa@us.dlapiper.com
```

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Nurture, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Date: _____   Hon. _____
                                                                                                      United States District / Magistrate Judge