# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MICHELLE WALLS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-00870 |
| BEECH-NUT NUTRITION COMPANY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Michelle Walls                                                                                    .

Date:      04/09/2021                                    /s/ Steven M. Shepard
                                                        *Attorney's signature*

                                                 Steven M. Shepard (SS7560)
                                                 *Printed name and bar number*

                                                 Susman Godfrey, L.L.P.
                                          1301 Avenue of the Americas, 32nd Fl.
                                               New York, New York 10019

                                                        *Address*

                                              sshepard@susmangodfrey.com
                                                    *E-mail address*

                                                   (212) 729-2010
                                                  *Telephone number*

                                                   (212) 336-8340
                                                     *FAX number*