AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MICHELLE WALLS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00870 |
| BEECH-NUT NUTRITION COMPANY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Michelle Walls                                                                                                 .

Date:   04/12/2021

s/ Arun Subramanian
*Attorney's signature*

Arun Subramanian, (AS-2096)
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
*Address*

asubramanian@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*