AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| MICHELLE WALLS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00870-DG-SJB |
| BEECH-NUT NUTRITION COMPANY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Michelle Walls.

Date: 04/26/2021

s/ William Christopher Carmody
*Attorney's signature*

William Christopher Carmody, (WC-8478)
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019

*Address*

bcarmody@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*