UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE WALLS, on behalf of herself and all others similarly situated; and N.W., a minor child, by his parent and general guardian Michelle Walls, on behalf of himself and all others similarly situated;<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BEECH-NUT NUTRITION COMPANY; THE HAIN CELESTIAL GROUP, INC.; NURTURE, INC. D/B/A HAPPY FAMILY ORGANICS; GERBER PRODUCTS COMPANY; and PLUM PBC.;<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 1:21-cv-00870 |

PLEASE TAKE NOTICE that Raphael Janove hereby appears in the above-captioned action on behalf of Plaintiffs and demands that all papers in this action be served upon the undersigned at the address stated below.

Date:　May 25, 2021
　　　　New York, NY

POLLOCK COHEN LLP

*/s/ Raphael Janove*

Raphael Janove
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (215) 667-8607
Email: Rafi@PollockCohen.com

*Counsel for Plaintiffs and Proposed Class Representatives Michelle Walls and N.W.*